SELF INITIATED
AMENDMENT

# UNITED STATES DISTRICT COURT
### United States Courthouse
### Salt Lake City, Utah

**Tena Campbell**
Chief Judge

July 9, 2009

███████████████

***HARD COPY WILL FOLLOW***

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Financial Disclosure

Dear Committee:

I found that I made a mistake in my financial disclosure reports for the years 2005 through 2008. In 2005, ███████ left the U. S. Attorney's Office and began receiving income from private firms. In 2005 and 2006, he was employed by the Mabey & Murray law firm. In 2006 and 2007, he received royalties from the Harper Collins Publishing Company. In 2007 and 2008, he was employed by the Parsons, Behle & Latimer law firm.

Thank you.

Sincerely,

███████████████████████

TENA CAMPBELL
Chief Judge

cc: Victoria M. Parks
    Deputy Circuit Executive

**Campbell_Tena_M**

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, Tena M. | District of Utah | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge-active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 235 Frank E. Moss Courthouse 350 South Main Street Salt Lake City, UT 84101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE  2009 MAY 14  A 9: 35  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Tamarack Money Market | A | Int./Div. | J | T | | 12-31 | | | |
| 2.   Tamarack Money Market | A | Int./Div. | J | T | | 12-15 | | | |
| 3.   Tamarack Money Market | A | Int./Div. | J | T | | 12-03 | | | |
| 4.   Tamarack Money Market | A | Int./Div. | J | T | | 12-02 | | | |
| 5.   Tamarack Money Market | A | Int./Div. | J | T | | 12-01 | | | |
| 6.   Tamarack Money Market | A | Int./Div. | J | T | | 11-28 | | | |
| 7.   Tamarack Money Market | A | Int./Div. | J | T | | 11-19 | | | |
| 8.   Tamarack Money Market | A | Int./Div. | J | T | | 11-14 | | | |
| 9.   Tamarack Money Market | A | Distribution | J | T | Sold<br>(part) | 11-14 | J | | |
| 10.   Bond Fund of America | | None | J | T | Buy | 11-14 | J | | |
| 11.   Pimco Total Return Fund | | None | J | T | Buy | 11-10 | J | | |
| 12.   Eaton Vance Income Fund | | None | J | T | Buy | 11-10 | J | | |
| 13.   Short term Bond Fund of America | | None | J | T | Buy | 11-10 | J | | |
| 14.   Tamarack Money Market | A | Int./Div. | J | T | | 11-10 | | | |
| 15.   Tamarack Money Market | A | Int./Div. | J | T | | 10-17 | | | |
| 16.   Tamarack Money Market | A | Int./Div. | J | T | | 10-15 | | | |
| 17.   Tamarack Money Market | A | Distribution | J | T | Sold<br>(part) | 10-15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tamarack Money Market | A | Int./Div. | J | T | | 10-14 | | | |
| 19. Tamarack Money Market | | None | J | T | Buy | 10-10 | J | | |
| 20. Tamarack Money Market | | None | J | T | Sold (part) | 10-09 | J | A | |
| 21. Tamarack Money Market | | None | J | T | Buy | 10-08 | J | | |
| 22. Third Ave Realestate Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 23. Washington Mutual Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 24. JH Classic Value Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 25. Growth Fund of America | | None | J | T | Sold (part) | 10-06 | J | A | |
| 26. Euro Pac Growth Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 27. Davis New York Venture Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 28. Allianz NFJ Dividend Value Fund | | None | J | T | Sold (part) | 10-06 | J | A | |
| 29. Tamarack Money Market | A | Int./Div. | J | T | | 09-30 | | | |
| 30. Washington Mutual Fund | A | Dividend | J | T | | 09-23 | J | | |
| 31. Allianz NFJ Dividend Value Fund | A | Dividend | J | T | | 09-19 | J | | |
| 32. Tamarack Money Market | A | Int./Div. | J | T | | 09-18 | | | |
| 33. Tamarack Money Market | A | Int./Div. | J | T | | 09-10 | | | |
| 34. Tamarack Money Market | A | Int./Div. | J | T | | 08-29 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tamarack Money Market | A | Int./Div. | J | T | | 08-19 | | | |
| 36. Tamarack Money Market | A | Int./Div. | J | T | | 07-31 | | | |
| 37. Tamarack Money Market | A | Int./Div. | J | T | | 07-18 | | | |
| 38. Tamarack Money Market | A | Interest | J | T | Sold (part) | 07-16 | J | A | |
| 39. Tamarack Money Market | A | Int./Div. | J | T | | 07-15 | | | |
| 40. Tamarack Money Market | A | Int./Div. | J | T | | 06-30 | | | |
| 41. Washington Mutual Fund | A | Dividend | J | T | | 06-24 | J | | |
| 42. Allianz NFJ Dividend Fund | A | Dividend | J | T | | 06-20 | J | | |
| 43. Tamarack Money Market | A | Int./Div. | J | T | | 06-18 | | | |
| 44. Tamarack Money Market | A | Int./Div. | J | T | | 06-11 | | | |
| 45. Tamarack Money Market | A | Int./Div. | J | T | | 05-30 | | | |
| 46. Tamarack Money Market | C | Distribution | J | T | Sold (part) | 05-28 | J | A | |
| 47. Tamarack Money Market | | None | J | T | Buy | 05-21 | J | | |
| 48. Tamarack Money Market | | None | J | T | Buy | 05-20 | J | | |
| 49. Tamarack Money Market | A | Int./Div. | J | T | | 05-19 | | | |
| 50. Tamarack Money Market | A | Distribution | J | T | Sold (part) | 05-19 | J | A | |
| 51. Tamarack Money Market | A | Int./Div. | J | T | | 05-16 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Third Avenue Realestate Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 53. Washington Mutual Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 54. JH Classic Value Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 55. Growth Fund of America | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 56. Euro Pacific Growth Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 57. Davis New York Venture Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 58. Allianz Dividend Value Fund | A | Distribution | J | T | Sold (part) | 05-14 | J | A | |
| 59. Tamarack Money Market | A | Int./Div. | J | T | | 04-30 | | | |
| 60. Tamarack Money Market | A | Int./Div. | J | T | | 04-18 | | | |
| 61. Tamarack Money Market | A | Int./Div. | J | T | | 04-17 | | | |
| 62. Tamarack Money Market | A | Distribution | J | T | Sold (part) | 04-15 | J | A | |
| 63. Tamarack Money Market | A | Int./Div. | J | T | | 03-31 | | | |
| 64. Washington Mutual Fund | A | Int./Div. | J | T | | 03-25 | J | A | |
| 65. Allianz JNFJ Dividend Value Fund | A | Int./Div. | J | T | | 03-24 | J | A | |
| 66. Tamarack Money Market | A | Int./Div. | J | T | | 03-19 | | | |
| 67. Tamarack Money Market | A | Int./Div. | J | T | | 03-12 | | | |
| 68. Allianz NFJ Dividend Value Fund | A | Distribution | J | T | Sold (part) | 01-07 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Davus New York Venture | A | Distribution | J | T | Sold (part) | 01-07 | J | A | |
| 70. Euro Pacific Fund | A | Distribution | J | T | Sold (part) | 01-07 | J | B | |
| 71. Growth Fund of America | A | Distribution | J | T | Sold (part) | 01-07 | J | B | |
| 72. Washington Mutual Fund | A | Distribution | J | T | Sold (part) | 01-07 | J | A | |
| 73. Wabtec Stocl | | None | | | Sold | 12-22 | K | A | |
| 74. URS Stock | | None | | | Sold | 12-22 | K | A | |
| 75. Unilever Stock | | None | | | Sold | 12-22 | K | A | |
| 76. Terex Stock | | None | | | Sold | 12-22 | J | A | |
| 77. 3m Stock | | None | | | Sold | 12-22 | J | A | |
| 78. Sony Stock | | None | | | Sold | 12-22 | J | A | |
| 79. Siemens Stock | | None | | | Sold | 12-22 | J | A | |
| 80. Regis Corp Stock | | None | | | Sold | 12-22 | J | A | |
| 81. Pride International Stock | | None | | | Sold | 12-22 | J | A | |
| 82. Newmont Mining Stock | | None | | | Sold | 12-22 | J | A | |
| 83. MDUResources Stock | | None | | | Sold | 12-22 | J | A | |
| 84. Kraft Stock | | None | | | Sold | 12-22 | K | A | |
| 85. Ingersolrand Stock | | None | | | Sold | 12-22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ITT Corporation | | None | | | Sold | 12-22 | J | A | |
| 87. Goldcorp stock | | None | | | Sold | 12-22 | K | A | |
| 88. Encana Stock | | None | | | Sold | 12-22 | J | A | |
| 89. Du Pont stock | | None | | | Sold | 12-22 | J | A | |
| 90. Daktronics stock | | None | | | Sold | 12-22 | J | A | |
| 91. chesapeake Energy stock | | None | | | Sold | 12-22 | J | A | |
| 92. Cemex Stock | | None | | | Sold | 12-22 | J | A | |
| 93. Brush Engineering stock | | None | | | Sold | 12-22 | J | A | |
| 94. ADM stock | | None | | | Sold | 12-22 | J | A | |
| 95. Diebold stock | | None | | | Sold | 12-03 | J | A | |
| 96. Terex Stock | | None | | | Buy | 10-30 | J | | |
| 97. Siemens stock | | None | | | Buy | 10-29 | J | | |
| 98. Secure computing stock | | None | | | Buy | 10-23 | J | | |
| 99. Dupont stock | | None | | | Buy | 10-22 | J | | |
| 100. Fedex stock | | None | | | Sold | 10-21 | J | A | |
| 101. Unilever stock | | None | | | Buy | 10-14 | J | | |
| 102. IngersolRand stock | | None | | | Buy | 09-19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Encana stock | | None | | | Buy | 09-12 | J | | |
| 104. Wabtec stock | | None | | | Sold | 08-19 | J | A | |
| 105. Terex stock | | None | | | Buy | 07-16 | J | | |
| 106. ADM Stock | | None | | | Buy | 06-04 | J | | |
| 107. Terex stock | | None | | | Buy | 05-05 | J | | |
| 108. Fortune Brands stock | | None | | | Sold | 05-01 | K | A | |
| 109. Encana Stock | | None | | | Sold | 04-29 | J | A | |
| 110. ITT Stock | | None | | | Buy | 04-22 | J | | |
| 111. Siemens stock | | None | | | Buy | 04-21 | J | | |
| 112. Gannett Stock | | None | | | Sold | 04-18 | J | A | |
| 113. Siemens Stock | | None | | | Buy | 04-04 | J | | |
| 114. Diebold Stock | | None | | | Sold | 04-03 | J | A | |
| 115. Brush Engineering stock | | None | | | Buy | 03-31 | J | | |
| 116. Goldcorp Stock | | None | | | Sold | 03-11 | J | A | |
| 117. URS Stock | | None | | | Buy | 02-29 | J | | |
| 118. ITT Stock | | None | | | Buy | 02-01 | J | | |
| 119. Diebold Stock | | None | | | Buy | 01-24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ITT stock | | None | | | Buy | 01-22 | J | | |
| 121. Walmart stock | | None | | | Sold | 12-22 | J | A | |
| 122. Wells Fargo stock | | None | | | Sold | 12-22 | J | A | |
| 123. United Tech Stock | | None | | | Sold | 12-22 | J | A | |
| 124. Total SA Stock | | None | | | Sold | 12-22 | J | A | |
| 125. Teva Stock | | None | | | Sold | 12-22 | J | A | |
| 126. TJX Stock | | None | | | Sold | 12-22 | J | A | |
| 127. 3M stock | | None | | | Sold | 12-22 | J | A | |
| 128. State Street Corp stock | | None | | | Sold | 12-22 | J | A | |
| 129. SAP Stock | | None | | | Sold | 12-22 | J | A | |
| 130. Praxair stock | | None | | | Sold | 12-22 | J | A | |
| 131. Pepsi Co Stock | | None | | | Sold | 12-22 | J | A | |
| 132. Philip Morris Stock | | None | | | Sold | 12-22 | J | A | |
| 133. T Rowe Price stock | | None | | | Sold | 12-22 | J | A | |
| 134. Nokia stock | | None | | | Sold | 12-22 | J | A | |
| 135. Nike stock | | None | | | Sold | 12-22 | J | A | |
| 136. Microchip Tech stock | | None | | | Sold | 12-22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Medtronic stock | | None | | | Sold | 12-22 | J | A | |
| 138. Mcgraw Hill stock | | None | | | Sold | 12-22 | J | A | |
| 139. Metlife stock | | None | | | Sold | 12-22 | J | A | |
| 140. Johnson and Johnson stock | | None | | | Sold | 12-22 | J | A | |
| 141. IBM Stock | | None | | | Sold | 12-22 | J | A | |
| 142. General Electric stock | | None | | | Sold | 12-22 | J | A | |
| 143. General Dynamic stock | | None | | | Sold | 12-22 | J | A | |
| 144. Intel stock | | None | | | Sold | 12-22 | J | A | |
| 145. FPL Stock | | None | | | Sold | 12-22 | J | A | |
| 146. Federated Investors stock | | None | | | Sold | 12-22 | J | A | |
| 147. Emerson Stock | | None | | | Sold | 12-22 | J | A | |
| 148. Exxon stock | | None | | | Sold | 12-22 | J | A | |
| 149. Denstply Stock | | None | | | Sold | 12-22 | J | A | |
| 150. Danaher stock | | None | | | Sold | 12-22 | J | A | |
| 151. Devon Energy stock | | None | | | Sold | 12-22 | J | A | |
| 152. Diageo Stock | | None | | | Sold | 12-22 | J | A | |
| 153. Conoco Phillips | | None | | | Sold | 12-22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value - Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Chevron stock | | None | | | Sold | 12-22 | J | A | |
| 155. CVS Stock | | None | | | Sold | 12-22 | J | A | |
| 156. Becton dickenson stock | | None | | | Sold | 12-22 | J | A | |
| 157. Bank of NY stock | | None | | | Sold | 12-22 | J | A | |
| 158. BB&T stock | | None | | | Sold | 12-22 | J | A | |
| 159. ADP stock | | None | | | Sold | 12-22 | J | A | |
| 160. ADM stock | | None | | | Sold | 12-22 | J | A | |
| 161. Analog devices stock | | None | | | Sold | 12-22 | J | A | |
| 162. Aflac Stock | | None | | | Sold | 12-22 | J | A | |
| 163. Abbott Lab stock | | None | | | Sold | 12-22 | J | A | |
| 164. Nokis stock | | None | | | Buy | 12-16 | J | | |
| 165. ADP Stock | | None | | | Sold | 12-16 | J | A | |
| 166. General Electric stock | | None | | | Buy | 12-15 | J | | |
| 167. United Tech Stock | | None | | | Sold | 12-10 | J | A | |
| 168. TJX Stock | | None | | | Buy | 11-28 | J | | |
| 169. State Street Corp Stock | | None | | | Buy | 11-26 | J | | |
| 170. cvs stock | | None | | | Buy | 11-26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Avon stock | | None | | | Sold | 11-26 | J | A | |
| 172. Wells Fargo Stock | | None | | | Buy | 11-12 | J | | |
| 173. Suntrust Bank | | None | | | Sold | 11-12 | J | A | |
| 174. Johnson and Johnson | | None | | | Sold | 11-12 | J | A | |
| 175. Denstply stock | | None | | | Buy | 11-12 | J | | |
| 176. Becton Dickenson stock | | None | | | Buy | 11-12 | J | | |
| 177. Abbott Lab stock | | None | | | Sold | 11-12 | J | A | |
| 178. Carnival stock | | None | | | Sold | 10-31 | J | A | |
| 179. Hartford stock | | None | | | Sold | 10-28 | J | A | |
| 180. Aflac stock | | None | | | Buy | 10-28 | J | | |
| 181. Philip Morris stock | | None | | | Buy | 10-17 | J | | |
| 182. Johnson Controls stock | | None | | | Sold | 10-17 | J | A | |
| 183. Illinois Tool Works | | None | | | Sold | 10-17 | J | A | |
| 184. Danahar stock | | None | | | Buy | 10-17 | J | | |
| 185. SAP stock | | None | | | Buy | 10-01 | J | | |
| 186. Nordstrom stock | | None | | | Sold | 10-01 | J | A | |
| 187. Microchip tech stock | | None | | | Sold | 10-01 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bank of New York | | None | | | Buy | 09-23 | J | | |
| 189. BB&T Stock | | None | | | Sold | 09-23 | J | A | |
| 190. Vodafone stock | | None | | | Sold | 09-16 | J | A | |
| 191. Target stock | | None | | | Sold | 09-16 | J | A | |
| 192. Medtronic stock | | None | | | Buy | 09-16 | J | | |
| 193. FPL Stock | | None | | | Buy | 09-16 | J | | |
| 194. Suntrust Bank stock | | None | | | Buy | 09-03 | J | | |
| 195. Mcdonalds stock | | None | | | Sold | 09-03 | J | A | |
| 196. Federated Investors stock | | None | | | Buy | 09-03 | J | | |
| 197. T rowe price stock | | None | | | Sold | 08-13 | J | | |
| 198. Target stock | | None | | | Buy | 08-08 | J | | |
| 199. Avon stock | | None | | | Sold | 08-08 | J | A | |
| 200. Devon Energy stock | | None | | | Buy | 07-02 | J | | |
| 201. Conoco Phillips stock | | None | | | Sold | 07-02 | J | A | |
| 202. CVS Stock | | None | | | Buy | 06-24 | J | | |
| 203. Bank of America stock | | None | | | Sold | 06-24 | J | A | |
| 204. Medtronic stock | | None | | | Buy | 06-06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Altria stock | | None | | | Sold | 06-06 | J | A | |
| 206. Suntrust Bank stock | | None | | | Buy | 05-01 | J | | |
| 207. Nokia stock | | None | | | Buy | 05-01 | J | | |
| 208. Eli Lilly stock | | None | | | Sold | 05-01 | J | A | |
| 209. IBM stock | | None | | | Sold | 05-01 | J | A | |
| 210. Intel stock | | None | | | Buy | 05-01 | J | | |
| 211. General Electric stock | | None | | | Sold | 05-01 | J | A | |
| 212. Bank of New York stock | | None | | | Buy | 05-01 | J | | |
| 213. Avon stock | | None | | | Sold | 05-01 | J | A | |
| 214. Wachovia stock | | None | | | Sold | 04-18 | J | A | |
| 215. BB&T stock | | None | | | Buy | 04-18 | J | | |
| 216. BB&T stock | | None | | | Buy | 04-18 | J | | |
| 217. Aflac stock | | None | | | Sold | 04-04 | J | A | |
| 218. Walmart stock | | None | | | Sold | 03-10 | J | A | |
| 219. Nordstrom stock | | None | | | Buy | 03-10 | J | | |
| 220. Lowes stock | | None | | | Buy | 03-10 | J | | |
| 221. Altria stock | | None | | | Sold | 03-10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Walmart stock | | None | | | Buy | 03-10 | J | | |
| 223. Nordstrom stock | | None | | | Sold | 03-10 | J | A | |
| 224. Lowes stock | | None | | | Sold | 03-10 | J | A | |
| 225. Altria stock | | None | | | Buy | 03-10 | J | | |
| 226. Walmart stock | | None | | | Buy | 03-07 | J | | |
| 227. Nordstrom stock | | None | | | Sold | 03-07 | J | A | |
| 228. Lowes stock | | None | | | Sold | 03-07 | J | A | |
| 229. Altria stock | | None | | | Buy | 03-07 | J | | |
| 230. Aig Stock | | None | | | Sold | 02-19 | J | A | |
| 231. Carnival Stock | | None | | | Buy | 02-19 | J | | |
| 232. Met life stock | | None | | | Buy | 02-19 | J | | |
| 233. Procter and Gamble stock | | None | | | Sold | 02-19 | J | A | |
| 234. Vodafone stock | | None | | | Buy | 02-19 | J | | |
| 235. Ctigroup | | None | | | Sold | 01-29 | J | A | |
| 236. Johnson controls | | None | | | Buy | 01-29 | J | | |
| 237. Metlife | | None | | | Buy | 01-29 | J | | |
| 238. Target stock | | None | | | Sold | 01-29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena M. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544